IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 22-cv-00472-RM

CALLUM JOSEPH LIVINGSTONE,

    Petitioner,

v.

EMERALD MACKENZIE LIVINGSTONE,

    Respondent.

___

**ORDER GRANTING PETITIONER'S MOTION
TO SET EXPEDITED BRIEFING SCHEDULE AND HEARING DATE**
___

    Petitioner brings this action pursuant to the International Child Abduction Remedies Act. In his Verified Complaint and Petition (ECF No. 1.), Petitioner seeks an order requiring Respondent to return their young children to Australia.  Respondent has filed a Verified Response to the Petition (ECF No. 12), seeking a determination that the children had no habitual residence in Australia or, alternatively, that she has one or more valid defenses to their return.

    The Court has considered Petitioner's Motion to set an expedited hearing schedule with respect to the Petition (ECF No., 13), the arguments of counsel, and all other materials properly considered by the Court and hereby GRANTS the Motion.

    IT IS ORDERED that:

    (1)    the parties shall each submit simultaneous pre-hearing briefs, limited to twenty pages, together with any related affidavits, declarations, or other relevant information, on or before July 1, 2022;

(2)  the parties shall submit exhibit and witness lists on or before July 6, 2022;

(3)  the parties and their counsel shall be permitted to appear to put on any testimony via video link;

(4)  a one-day hearing on the Petition is set for July 13, 2022 at 9 a.m., in Courtroom A601 before Judge Raymond P. Moore on the sixth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado; and

(5)  following the hearing, the parties shall submit simultaneous post-hearing briefs, limited to twenty pages, within seven days from receipt of the transcript of the hearing.

SO ORDERED.

DATED this 17th day of May, 2022.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge